# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES

CASE NO.: 1:17cr043　　　　　　　　　　　　　　　　　DATE: February 21, 2024

UNITED STATES OF AMERICA　　　　　　　　　　　TIMES: 9:07 - 9:16

V.

Mark Winston Pickrell

---

**Honorable:** Brian K. Epps, United States Magistrate Judge　　**Courtroom Deputy:** Courtnay Capps

**Court Reporter:** FTR

**Probation Officer:** Baylan Thomas　　**Security:** Ingram　　**USMS:** Brant

---

**Attorney for Government:** Kyle Davis

**Attorney for Defendant(s):** --------

---

**PROCEEDINGS:** INITIAL APPEARANCE/SUPERVISED RELEASE REVOCATION (Felony)

- [x] All parties present and ready to proceed
- [x] Defendant advised of allegations
- [x] Defendant advised of rights
- [ ] Defendant waives Detention Hearing
- [ ] Defendant requests time to prepare for Detention Hearing
- [ ] Detention Hearing scheduled for:
- [ ] Detention Hearing held
- [ ] Defendant waives Preliminary Hearing
- [ ] Defendant requests time to prepare for Preliminary Hearing
- [ ] Preliminary Hearing scheduled for:
- [ ] Preliminary Hearing held
- [ ] Witness for the Govt:　　　　　　　　　　　　　　[ ] Witness sworn
- [ ] Witness for the Def:　　　　　　　　　　　　　　　[ ] Witness sworn
- [x] Defendant Detained Pending Detention or Preliminary Hearing
- [ ] Defendant Detained Pending Final Revocation Hearing
- [x] Defendant remanded to custody of US Marshal

**NOTES:**

Defendant's request for Court appointed counsel granted, however, Defendant will be required to pay $1,000 toward defense counsel fees.